UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL HILL, 90 B 0732,

                       Plaintiff,

-v-                                     DECISION AND ORDER
                                                06-CV-6568 CJS

RICHARD BEALL, et al.,

                       Defendants.
_____

This is an action brought pursuant to 42 U.S.C. § 1983 by Michael Hill ("Plaintiff"), a prison inmate presently housed at Southport Correctional Facility. The case is ready for trial. On March 18, 2008, the Honorable Jonathan W. Feldman, United States Magistrate Judge, denied an application by Plaintiff for appointment of counsel, without prejudice. (Docket No. [#37]). On May 20, 2008, the undersigned denied another application by Plaintiff for the same relief. (Docket No. [#43]).

Now before the Court is Plaintiff's renewed motion for appointment of counsel. (Docket No. [# 54]). Plaintiff maintains that appointment of counsel is necessary, because he is inexperienced. However, the issue for trial is not complicated, and Plaintiff has ably represented himself to date, as shown by the fact that at least one of his claims survived Defendants' summary judgment motion. Accordingly, Plaintiff's renewed motion for appointment of counsel [#54] is denied.

Dated:    April 15, 2009
              Rochester, New York

                                                      /s/ Charles J. Siragusa
                                                      CHARLES J. SIRAGUSA
                                                      United States District Judge